McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUN YAO and FLORENCE G. BOUVET, | CV 06-S-0866 MCE DAD PS |
| Petitioners, | |
| v. | **MOTION FOR EXTENSION** |
| MICHAEL CHERTOFF, | **OF TIME IN WHICH TO** |
| Secretary of Department of Homeland Security, et al. | **FILE RESPONDENTS' ANSWER AND ORDER** |
| Respondents. | |

      This is an immigration case in which petitioner Shun Yao, and derivatively, Florence Bouvet, seeks to compel U.S. Citizenship and Immigration Services to adjudicate a pending application to adjust status to that of Lawful Permanent Resident.  Respondents Michael Chertoff, et al., respectfully requests a 45-day extension of time in which to file an answer to the complaint, until August 4, 2006.  The reason for this extension request is petitioner Yao's application remains pending name-check clearance at the Federal Bureau of Investigations.  A cleared name-check is required before respondent U.S. Citizenship and Immigration Services can proceed with the remaining steps of adjudication of the adjustment application.  A request has been placed with the

Federal Bureau of Investigations to expedite the name-check, and the government expects this process to be complete within 45 days. Accordingly, the government requests an extension of time of 45 days in which to file the government's answer. This is the government's first extension request in this case.

Dated: June 19, 2006                    Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                          By:    /s/Audrey Hemesath
                                   Audrey B. Hemesath
                                   Assistant U.S. Attorney
                                   Attorneys for the Respondents

## ORDER

Pursuant to this Motion for Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the respondent's Answer is due on August 4, 2006.

IT IS SO ORDERED.

DATED: June 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.prose\yao0866.ord