IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHUN YAO and FLORENCE G. BOUVET,

    Petitioners,

  v.

MICHAEL CHERTOFF, Secretary of Department of Homeland Security, et al.,

    Respondents.

_____/

No. CIV.S-06-0866 MCE DAD PS

ORDER

    Petitioners initiated this action on April 24, 2006, by filing a petition seeking the adjudication of their applications for adjustment of their immigration status to that of lawful permanent resident. In a "motion to dismiss" filed July 18, 2006, petitioners represent that their applications have been adjudicated and that this case therefore is moot. Petitioners request that this matter be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a)(1), petitioners' request for voluntary dismissal will be granted.

1  Accordingly, IT IS HEREBY ORDERED that this action is
2  dismissed.  The Clerk of the Court is directed to close the file.
3  DATED: August 8, 2006.

```
                          _____
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE
```

DAD:th
DDad1/orders.prose/yao0866.vol.dismissal